# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-2302

_____

Joseph D. Thornblad,

        Appellant,

v.

Linda Anderson, Commissioner of
Human Services; Kathy Meade
Hebert, Minnesota State Attorney
General's Office,

        Appellees.

\* \* \* \* \* \* \* \* \* \* \* \* \*

Appeal from the United States
District Court for the
District of Minnesota.

[UNPUBLISHED]

_____

Submitted: August 6, 2004
Filed: August 12, 2004

_____

Before MELLOY, LAY, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Joseph D. Thornblad appeals the district court's[1] preservice dismissal of his 42 U.S.C. § 1983 complaint as barred by <u>Rooker-Feldman</u>.[2]  After careful de novo review, <u>see</u> <u>Charchenko v. City of Stillwater</u>, 47 F.3d 981, 982-83 (8th Cir. 1995), we agree with the district court that the action was <u>Rooker-Feldman</u>-barred because Thornblad's federal complaint raised constitutional challenges already decided by the Minnesota state courts.  <u>See</u> <u>Lemonds v. St. Louis County</u>, 222 F.3d 488, 492 (8th Cir. 2000) (except for habeas petitions, lower federal courts lack jurisdiction over attacks on state court judgments), <u>cert. denied</u>, 531 U.S. 1183 (2001); <u>Charchenko</u>, 47 F.3d at 983 (to evaluate whether <u>Rooker-Feldman</u> bars federal suit, federal court must determine what state court held and whether relief requested would void state court ruling or require determining it was wrong).

Accordingly, we affirm, <u>see</u> 8th Cir. R. 47A(a), except we modify the dismissal to be without prejudice.  We also deny Thornblad's motion for appointment of counsel and motion to retrieve the state court record.

_____

[1]The Honorable John R. Tunheim, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Franklin L. Noel, United States Magistrate Judge for the District of Minnesota.

[2]<u>See</u> <u>Rooker v. Fidelity Trust Co.</u>, 263 U.S. 413 (1923); <u>D.C. Court of Appeals v. Feldman</u>, 460 U.S. 462 (1983).